# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Charles & Company, Inc. ) | ASBCA No. 61981 |
| ) | |
| Under Contract No. SP4703-18-C-0512 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Charles R. Hudson IV
    Chief Operations Officer

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Edward R. Murray, Esq.
    Trial Attorney
    DLA Aviation
    Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 29, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61981, Appeal of Charles & Company, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals